UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD WAYNE WEST,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>BRIAN BIRKHOLZ,<br><br>　　　　　Respondent. | Case No. 2:22-cv-06649-FMO-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1 "Petition") filed by Edward Wayne West ("Petitioner"), the Motion to Dismiss the Petition (Dkt. 9, "Motion") filed by Respondent, the Opposition to the Motion filed by Petitioner (Dkt. 14), the Report and Recommendation of the United States Magistrate Judge (Dkt. 16, "Report"), and the Objection to the Report filed by Petitioner (Dkt. 19, "Objection").

　　　The Court has engaged in a de novo review of those portions of the R&R to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) The Motion (Dkt. 9) is GRANTED; and

(2) Judgment shall be entered dismissing this action without prejudice.

Dated: April 10, 2023

                    /s/
FERNANDO M. OLGUIN
United States District Judge