JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD WAYNE WEST, | Case No. 2:22-cv-06649-FMO-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| B. BIRKHOLTZ, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: April 10, 2023

/s/
_____
FERNANDO M. OLGUIN
United States District Judge